IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02369-BNB

SCOTTY SANKEY,

Petitioner,

v.

JAMES BEGAY, Acting Supervisory Correctional Specialist, Chief Ignacio Justice
    Center, Bureau of Indian Affairs, Ute Mountain Ute Agency, and
MICHELLE KEDELTY, Supervisory Correctional Specialist, Chief Ignacio Justice
    Center, Bureau of Indian Affairs, Ute Mountain Ute Agency,

Respondents.

## ORDER DRAWING CASE

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.2C, the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. See D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED November 6, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02369-BNB

Thomas W. Fredericks
Attorney at Law
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 11/6/08

GREGORY C. LANGHAM, CLERK

By: /s/ Linda
Deputy Clerk